DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NATHALIE KOPEL,

Appellant,

v.

BARRETT KOPEL,

Appellee.

No. 2D2025-2307

_____

June 26, 2026

Appeal from the Circuit Court for Sarasota County; Rochelle Curley, Judge.

Nathalie Kopel, pro se.

Peter M. Collins, Sarasota, for Appellee.

PER CURIAM.

Nathalie Kopel (the Former Wife) appeals from the trial court's order awarding Barrett Kopel (the Former Husband) the attorney's fees that he incurred in connection with a successful motion for contempt. Although the Former Wife asks us to revisit the trial court's decision, she does not identify any *error* on the part of that court that would permit us to do so. Accordingly, we are constrained to affirm. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("In

appellate proceedings the decision of a trial court has the presumption of correctness and the burden is on the appellant to demonstrate error.").

Affirmed.

LUCAS, C.J., and KHOUZAM and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.